IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN MATHIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:24-cv-00726-RAH-JTA |
| | ) |
| KEN CURTIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 11, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 19.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** and **ADJUDGED** as follows:

1. The Recommendation (doc. 19) is **ADOPTED**;
2. The Defendants' *Amended Motion to Dismiss* (doc. 8) is **GRANTED** to the extent that it moves to dismiss the Complaint for lack of subject matter jurisdiction and **DENIED as moot** in all other respects;
3. The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**DONE** and **ORDERED** on this the 6th of May 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE