IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN MATHIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:24-cv-00726-RAH-JTA |
| | ) |
| KEN CURTIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order of the Court entered on this day adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED due to lack of subject matter jurisdiction.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE and ORDERED on this the 6th of May 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE